IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JOSHUA RICHARD BERGENTY,

     Appellant,

v.

     Case No.  5D22-938
     LT Case No. 2017-CF-000055-A

STATE OF FLORIDA,

     Appellee.

_____/

Opinion filed November 14, 2022

Appeal from the Circuit Court
for Citrus County,
Richard A. Howard, Judge.

Matthew J. Metz, Public Defender, and Joseph
Chloupek, Assistant Public Defender, Daytona
Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee,
and Roberts J. Bradford, Jr., Assistant Attorney
General, Daytona Beach, for Appellee.


PER CURIAM.

In this <u>Anders</u>[1] appeal, we affirm the judgment and sentence imposed by the trial court following revocation of Appellant's probation. However, we remand for correction of a scrivener's error in the order revoking probation to reflect that Appellant was found to have violated Special Condition 28, not Special Condition 15, and for entry of an amended cost/fees order that shows the assessment of $50.00 (not $100.00) for the Public Defender Application Fee. <u>See</u> <u>Harrison v. State</u>, 313 So. 3d 926 (Fla. 5th DCA 2021).

AFFIRMED; REMANDED for correction of scrivener's error.

EVANDER, EDWARDS, and HARRIS, JJ., concur.

---

[1] <u>Anders v. California</u>, 386 U.S. 738 (1967).